Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

NO CV30
N/S
B/O

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

```
FILED
CLERK, U.S. DISTRICT COURT
08/30/2022
CENTRAL DISTRICT OF CALIFORNIA
BY:        AP        DEPUTY
```

Nathaniel Maloy

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Internal Revenue Service

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 5:22-cv-01529-AB(RAOx)

*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Nathaniel Maloy |
   | Street Address | 5181 Batdorf CT. |
   | City and County | Pahrump NYE |
   | State and Zip Code | Nevada 89061 |
   | Telephone Number | 715-204-5628 |
   | E-mail Address | |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | Internal Revenue Service |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | California |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question            ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* Nathaniel Maloy, is a citizen of the State of *(name)* Nevada.

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* Internal Revenue Service , is incorporated under the laws of the State of *(name)* California , and has its principal place of business in the State of *(name)* California .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

100,000

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

California

B. What date and approximate time did the events giving rise to your claim(s) occur?

2018-20020

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

During the travel to prevent this and clear this I broke my leg.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

200,000 The WRONGS I'm saying that happened is refusing to closing account. You can see conversations. by viewing evidence and notice nothing happening, as well as forcing me to deal with case being opened. I'm not being allowed to be heard having problems that wouldn't exist.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**VI.   Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.   For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff:  *Nathaniel Maloy* (signed)

Printed Name of Plaintiff: Nathaniel Maloy

**B.   For Attorneys**

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address:

Page 6 of 6

[Print]   [Save As...]   [Add Attachment]   [Reset]

| | Address | Account Information | Shown on return | Reported by others | Difference |
|---|---|---|---|---|---|
| ACHS BANK USA | PO BOX 1978 CRANBERRY TWP PA 16066 | 300010203290 SSN 601849362 Form 1099-INT | $0 | $9 | $9 |
| CHS BANK USA | PO BOX 1978 CRANBERRY TWP PA 16066 | 300007373227 SSN 601849362 Form 1099-INT | $0 | $14 | $14 |
| CHS BANK USA | PO BOX 1978 CRANBERRY TWP PA 16066 | 300005517116 SSN 601849362 Form 1099-INT | $0 | $22 | $22 |
| | | | $0 | $45 | $45 |

*(November) 15 is 2018*
11/15/18

Card/Third Party

| | Address | Account Information | Shown on return | Reported by others | Difference |
|---|---|---|---|---|---|
| RAINTREE DIVISION | 222 W MERCHANDISE MART PLAZA SUITE | 3ZDB8W SSN 601849362 | $0 | $111,483 | $111,48 |

☐ CORRECTED (if checked)

| FILER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | FILER'S TIN 77-0510487 | OMB No. 1545-2205 | **Payment Card and Third Party Network Transactions** |
|---|---|---|---|
| PayPal, Inc. (Braintree division) 222 W Merchandise Mart Plaza, Suite 800 Chicago, IL, United States, 60654 312-257-2309 | PAYEE'S TIN 601849362 | 20**18** | |
| | 1a Gross amount of payment card/third party network transactions $ 17470.89 | Form **1099-K** | |

| | | 1b Card Not Present transactions $ 17470.89 | 2 Merchant category code 5192 | **Copy B** **For Payee** |
|---|---|---|---|---|
| Check to indicate if FILER is a (an): Payment settlement entity (PSE) ■ Electronic Payment Facilitator (EPF)/Other third party ☐ | Check to indicate transactions reported are: Payment card ☐ Third party network ■ | 3 Number of payment transactions 1101 | 4 Federal income tax withheld $ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| PAYEE'S name Nathaniel Maloy | | 5a January $ 0.00 | 5b February $ 0.00 | |
| Street address (including apt. no.) 5181 Batdorf Ct | | 5c March $ 0.00 | 5d April $ 0.00 | |
| | | 5e May $ 0.00 | 5f June $ 0.00 | |
| City or town, state or province, country, and ZIP or foreign postal code Pahrump, NV, United States, 890617555 | | 5g July $ 12.99 | 5h August $ 290.77 | |
| PSE'S name and telephone number PayPal, Inc. (Braintree division) 312-257-2309 | | 5i September $ 601.67 | 5j October $ 1390.25 | |
| | | 5k November $ 7101.69 | 5l December $ 8073.52 | |
| Account number (see instructions) 3zdb8w | | 6 State | 7 State identification no. | 8 State income tax withheld $ $ |

Form **1099-K**         (Keep for your records)         www.irs.gov/Form1099K         Department of the Treasury - Internal Revenue Service

## Instructions for Payee

You have received this form because you have either: (a) accepted payment cards for payments, or (b) received payments through a third party network that exceeded $20,000 in gross total reportable transactions and the aggregate number of those transactions exceeded 200 for the calendar year. Merchant acquirers and third party settlement organizations, as payment settlement entities (PSE), must report the proceeds of payment card and third party network transactions made to you on Form 1099-K under Internal Revenue Code section 6050W. The PSE may have contracted with an electronic payment facilitator (EPF) or other third party payer to make payments to you.

If you have questions about the amounts reported on this form, contact the FILER whose information is shown in the upper left corner on the front of this form. If you do not recognize the FILER shown in the upper left corner of the form, contact the PSE whose name and phone number are shown in the lower left corner of the form above your account number.

See the separate instructions for your income tax return for using the information reported on this form.

**Payee's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account number or other unique number the PSE assigned to distinguish your account.

**Box 1a.** Shows the aggregate gross amount of payment card/third party network transactions made to you through the PSE during the calendar year.

**Box 1b.** Shows the aggregate gross amount of all reportable payment transactions made to you through the PSE during the calendar year where the card was not present at the time of the transaction or the card number was keyed into the terminal. Typically, this relates to online sales, phone sales, or catalogue sales. If the box for third party network is checked, or if these are third party network transactions, card not present transactions will not be reported.

**Box 2.** Shows the merchant category code used for payment card/third party network transactions (if available) reported on this form.

**Box 3.** Shows the number of payment transactions (not including refund transactions) processed through the payment card/third party network.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your TIN or you did not furnish the correct TIN to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, and Pub. 505. Include this amount on your income tax return as tax withheld.

**Boxes 5a–5l.** Shows the gross amount of payment card/third party network transactions made to you for each month of the calendar year.

**Boxes 6–8.** Shows state and local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-K and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099K*.

Department of the Treasury
Internal Revenue Service
Fresno, CA 93888-0010

0893357.246797.450784.17840 1 A

NATHANIEL MALOY
5181 BATDORF CT
PAHRUMP NV 89061-7555





Dear Nathaniel Maloy:

We received your reply on Aug. 10, 2021, to our notice about changes to some of the items on your tax return.

Before we can resolve this matter, we need to process all of information. We'll send you our complete response within 90 don't need any further information from you right now.

If you think you might owe any additional tax, you should consider paying it now. The law requires us to charge interest on unpaid from the due date of the return (not including any extensions) to file the return) to the date you pay the tax in full.

If you have questions about this matter, you can call office of Ms Baddley at 800-829-8310 between 7:00 AM and 8:00 PM MDT.

If you prefer, you can write to us at the address at the top of first page of this letter.

*When you write, include a copy of this letter, and write your telephone number and the hours we can reach you in the spaces*

*Telephone number ( ) _____ Hours _____*

Keep a copy of this letter for your records.

Thank you for your cooperation.

Crystal A. (Braintree)
Aug 4, 2021, 1:26 PM CDT

Hello Nathaniel,

Thank you for providing the account number. I will be able to provide additional information.

Salena is a corporate point of contact for IRS reporting. She is not a customer of your business and therefore will not be sending you any payments.

For the years of 2018 - 2020, your website http://www.jobamov.com processed through Braintree. When you created your website, you opted to use a service called "PayPal powered by Braintree". This is why you are receiving a 1099-K from Braintree - we were the processor for the payments you received.

During the year of 2019, you received a total of $111,483.44 in revenue through your site. Throughout the year, those funds were disbursed into your BBVA ← typo
account ending in 3976. As a corporation, we are obligated to report those earnings to the IRS. You will need to reach out to the IRS for further guidance on how you can correct your filings.

Nathaniel Maloy
5181 Batdorf Ct.
Pahrump, NV 89061


Re: Identity Theft Claim
Account number: 7438
Case Number: C2108142157


Dear Mr. Maloy,

An investigation was conducted with respect to your claim of identity theft submitted to BBVA regarding account ending in 7438. This letter is to inform you that your claim has been approved.

The account has been closed and reported as Identity Theft. Our records at BBVA have been updated to reflect the results of this investigation and forwarded to the appropriate credit reporting agencies, if applicable.

If you have any questions, please do not hesitate to contact me at 720-219-2463.


Sincerely,

*Monique Bouapha*

Monique Bouapha
BBVA USA
Corporate Investigations & Recovery

Dear Nathaniel Maloy,

My name is Ashley with PayPal's Office of Executive Escalations. Your outreach was forwarded to me so that I can fully address your concerns.

I regret the frustration you experienced with contacting Braintree support to obtain information on a Braintree account you stated was in your name. I understand how this would be a cause for concern and I appreciate you bringing it to our attention.

In review of your communications with Braintree, on July 30, 2021, you contacted Braintree support via email stating PayPal Inc. Braintree division advised you that you were to be receiving money from Braintree, and you provided partial documents showing an amount of $111,483.00  The same day, Braintree responded advising we were unable to see the full document you provided, and to send a full copy of the document so we could investigate the issue. The same day, you provided a partial document with an account and 1099-K information.

On August 2, 2021, Braintree support contacted you via email and advised to help you correct your tax filings to reflect your appropriate earnings. We provided your 1099-K documents for the past three years  The same day, you responded advising you did not create the Braintree account and have no

Hello,

Please see attached claim approval letter. Our records do not show an account ending in 3976; therefore, I recommend you reaching out to Braintree to have them start an investigation. Thank you.

Regards,
Monique

**Monique Bouapha**
Fraud Investigator II
Corporate Investigations & Recovery

**BBVA USA NOW A PART OF PNC**
3491 N. Salida St.
Aurora, CO 80011
(c) 720-219-2463 | (f) 205-524-4493
monique.bouapha@bbva.com

Michael L. (Braintree)
Aug 31, 2021, 5:25 PM CDT

Hi Nathaniel,

Taking a look at your account details, it looks like you are set up with PayPal Powered by Braintree, which means you have your own dedicated support team. The PayPal Powered by Braintree configuration is a bit different from Braintree Direct, so we won't be able to assist directly in this case. You'll want to get in touch with the PayPal Powered by Braintree support team, who will be able to better assist with your inquiry. They can be reached by email at payhelp@paypal.com.

Please note that this team requires that you contact them from the authorized signer email address. This is generally the email that you provided when at the time of your application. Our records indicate that your authorized signer email is

**Notice** CP2501
**Tax year** 2019
**Notice date** July 26, 2021
**Social Security number** 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
**Page 4 of 6**

e (AGI) will affect your allowable Earned Income sed on your earned income and AGI, both of

21,370 for married filing jointly),
($46,884 for married filing jointly) or
en ($52,493 for married filing jointly) or
ifying children ($55,952 for married filing jointly).

Customer Support

Jul 30

Hi Nathaniel, regarding about ...

Messages are available in the Message Center for 90 days from the day originally sent. If you would like a copy of any messages prior to that timeframe, please **contact us.**

HELP   CONTACT US   SECURITY   FEES

©1999-2021 PayPal, Inc. All rights reserved